IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CHARLES PHILLIPS,

      Plaintiff,                       No. CIV S-09-3266 GEB DAD P

   vs.

L. FISHERMAN, et al.,

      Defendants.            ORDER

_____/

      Plaintiff is a state prisoner proceeding pro se and in forma pauperis with an action filed pursuant to 42 U.S.C. § 1983. Pending before the court is plaintiff's July 13, 2010 motion to proceed in forma pauperis, along with his July 13, 2010 motion requesting that the court direct prison officials to provide him with his trust account statement.

      On November 20, 2009, the defendants removed this case from the Solano County Superior Court to this court. At that time, the $350 filing fee for this action was paid in full. Accordingly, plaintiff's motions will be denied as unnecessary.

      In accordance with the above, IT IS HEREBY ORDERED that:

      1. Plaintiff's July 13, 2010 motion to proceed in forma pauperis (Doc. No. 19) is denied as unnecessary; and

/////

1

2. Plaintiff's July 13, 2010 motion to direct the prison to provide plaintiff with his trust account statement (Doc. No. 18) is denied as unnecessary.

DATED: July 28, 2010.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:sj
phil3266.mots